UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                         Plaintiff,                  **MEMORANDUM**

       -against-                                23 Cr. 332 (KMK)

IVAN JACKSON,

                        Defendant.
------------------------------------------------------------X

TO:  Kenneth M. Karas, United States District Judge:

       Please find attached a transcript of the June 29, 2023 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: July 25, 2023
       White Plains, New York

                                                      Respectfully Submitted,

                                                      JUDITH C. McCARTHY
                                                    United States Magistrate Judge