

105 MAIN STREET  
HACKENSACK, NJ 07601  
TEL: 201-457-0071  
FAX: 201-457-0072  

WWW.FOYSEPLOWITZ.COM

30 WALL STREET  
8TH FLOOR  
NEW YORK, NY 10005  
TEL: 212-709-8230  

April 18, 2024

**VIA ECF**

Honorable Kenneth M. Karas  
United States District Court Judge  
Southern District of New York  
300 Quarropas St.  
White Plains, NY 10601  

**MEMO ENDORSED**

      **Re:**    **US v. Ivan Jackson**  
              **Docket # 23 cr 332 (KMK)**  
              **Return of Passport/Release of Confession of Judgment**

Dear Judge Karas:

Pursuant to Mr. Jackson's Judgment of Conviction, he was required to surrender to the US Marshal's or his designated facility. On March 22, 2024, Mr. Jackson surrender to the US Marshal's. Based on full compliance with this court's order, I am requesting that pre-trial services be permitted to return Mr. Jackson's passport. I further request that the $100,000.00 Judgment by Confession on his home located at 105 Meadow View Drive, Middletown, NY 10940 be exonerated.

Thank you for your thoughtful consideration.

Sincerely,

**FOY & SEPLOWITZ LLC**

*Jason E. Foy*

**JASON E. FOY**  
jfoy@foyseplowitz.com

    cc:    AUSA Ryan Allison  
           Ivan Jackson

Granted.

SO ORDERED.

*[signature: KMK]*

4/18/2024